MCLAUGHLIN ET AL., APPELLANTS, *v.* LOWMAN, D.B.A. LOWMAN LUMBER, APPELLEE AND CROSS-APPELLANT.

[Cite as *McLaughlin v. Lowman* (1997), 80 Ohio St.3d 280.]

(No. 97–1239—Submitted October 7, 1997—Decided November 19, 1997.)

*Wilson Law Office* and *Charles H. Wilson, Jr.*, for appellants.

*Phillips & Street* and *David M. Phillips;* and *Randy D. Deering,* for appellee and cross-appellant.

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings consistent with *Wooten v. Knisley* (1997), 79 Ohio St.3d 282, 680 N.E.2d 1245.

The discretionary cross-appeal is denied.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.